





CHAMBERS OF
JUDGE JOHN G. KOELTL

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

STEVE STAVRIDIS
*Special Federal Litigation Division*
(212) 788-8698
(212) 788-9776 (fax)

**MEMO ENDORSED**

February 28, 2008

<u>By Fax: (212) 805-7912</u>
Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl St., Room 1030
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

2/28/08   John G. Koeltl, U.S.D.J.

Re:   <u>Als v. The City of New York, et al.</u>, 07 CV 10730(JGK)

Your Honor:

    I am the Assistant Corporation Counsel representing defendants in the referenced civil rights action. I am writing, with the consent of my adversary, to request a brief extension of defendants' time to answer or otherwise respond to the complaint from February 28, 2008 to March 5, 2008. The parties have been engaged in settlement discussions, and are optimistic of getting this matter resolved without the need for further litigation. Defendant's counsel requires additional time to obtain settlement authority from his clients.

    This is defendants second request for an extension. The first request extended defendants time to answer from December 31, 2007 to February 28, 2008. previous request for an extension has been made by defendant City of New York.

    I thank the Court for its consideration to this request.

Respectfully submitted,

Steve Stavridis
Special Federal Litigation Division

cc  Victor M. Brown
    By Fax: 212-227-2330