```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID ALS,
                            Plaintiff(s)                              07 civ 10730 (JGK)

              -against-                                      ORDER OF DISCONTINUANCE

CITY OF NEW YORK,
                            Defendant(s).
------------------------------------------------------------X
```

It having been reported to this Court that the parties have settled this action,

It is, on this **6TH** day of **March,** 2008, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within **30** days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

                                                                          JOHN G. KOELTL
                                              UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       March 6, 2008

*USDS SDNY — DOCUMENT ELECTRONICALLY FILED — DOC #: ___ — DATE FILED: 3/7/08*